| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**  
   **DMDS, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 6 – 2 9 1 5 7 0 9

4. **Debtor's address**

   **Principal place of business**

   **404 Spencer Highway**  
   Number    Street

   **South Houston        TX    77587**  
   City                              State    ZIP Code

   **Harris**  
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City           State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City           State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **DMDS, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **DMDS, LLC** _____   Case number (if known) _____

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☐ No<br><br>☑ Yes. District **Southern District of Texas, Ho** When **05/29/2020**  Case number **20-32833**<br>                                                                                       MM / DD / YYYY<br><br>           District _____ When _____ Case number _____<br>                                                                                       MM / DD / YYYY<br><br>           District _____ When _____ Case number _____<br>                                                                                       MM / DD / YYYY | |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes.  Debtor _____   Relationship _____<br>            District _____   When _____<br>                                                                     MM / DD / YYYY<br>            Case number, if known _____<br><br>            Debtor _____   Relationship _____<br>            District _____   When _____<br>                                                                     MM / DD / YYYY<br>            Case number, if known _____ | |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                       page 3

Debtor  **DMDS, LLC** _____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
         Contact name       _____
         Phone              _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **DMDS, LLC**  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/01/2022**
MM / DD / YYYY

X **/s/ David M. Soliman**
Signature of authorized representative of debtor
**David M. Soliman**
Printed name
**President**
Title

**18. Signature of attorney**

X **/s/ Larry A. Vick**  Date **08/01/2022**
Signature of attorney for debtor   MM / DD / YYYY

**Larry A. Vick**
Printed name
**Larry A. Vick**
Firm name
**13501 Katy Freeway, Suite 1460**
Number     Street
_____

**Houston**   **TX**   **77079**
City       State   ZIP Code

**(832) 413-3331**   **lv@larryvick.com**
Contact phone     Email address
**20563500**       **TX**
Bar number        State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re  **DMDS, LLC**                                                                                            Case No.  _____

                                                                                                                              Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept..............................................Fixed Fee: | **$20,000.00** |
   | Prior to the filing of this statement I have received........................................................ | **$8,262.00** |
   | Balance Due........................................................................................................ | **$11,738.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **08/01/2022** | **/s/ Larry A. Vick** |
|---|---|
| *Date* | *Larry A. Vick*    Bar No.  20563500 |
| | Larry A. Vick |
| | 13501 Katy Freeway, Suite 1460 |
| | Houston, Texas 77079 |
| | Phone: (832) 413-3331 / Fax: (832) 202-2821 |

---

**/s/ David M. Soliman**

*David M. Soliman*
*President*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DMDS, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **DMDS, LLC**                                                                                         CASE NO

                                                                                                                            CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/1/2022                                                     Signature  /s/ David M. Soliman
                                                                                            *David M. Soliman*
                                                                                            *President*

Date  _____                    Signature  _____

```
Claudia Quintanilla
905 Avenue D
South Houston, TX 77587



David Soliman
10310 Deer Park Drive
Missouri City, TX 77459



Harris County, et al
P O Box 3547
Houston, TX 77253-3547



James Draughon
2163 Lima Loop #71300
Laredo, TX 78045



Larry A. Vick
13501 Katy Freeway, Suite 1460
Houston, Texas 77079



Milagros Soliman
10310 Deer Park Drive
Missouri City, TX 77459



Milogros Soliman
10310 Deer Park Drive
Missouri City, TX 77459



Pasadena ISD
P O Box 1318
Pasadena, TX 77501



Staci A. Griffin, Murray Lobb
700 Gemini, Suite 115
Houston, TX 77058-2735
```

```
Texan Bank, N.A.
12941 Gulf Freeway, Suite 100
Houston, TX 77034


U. S. Trustee
515 Rusk, Suite 3615
Houston, TX 77002
```